**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE ATLANTA CHANNEL, INC., :
:
Plaintiff, :
:
v. : Case No.: 1:15-cv-01823 RC
:
HENRY A. SOLOMON, *et al.,* :
:
Defendants. :

**DEFENDANT HENRY A. SOLOMON'S EXPERT WITNESS DESIGNATION REGARDING DAMAGES**

Defendant Henry A. Solomon, by undersigned counsel, pursuant to the Scheduling Orders of this Court and Fed. R. Civ. Pro. 26(a)(2), designates the following expert witnesses who may provide fact and opinion testimony under Federal Rules of Evidence 702, 703 and/or 705 on damages issues in this action.

**1.** **John S. Sanders, ASA**
**Bond & Pecaro, Inc.**
**1990 M Street, N.W., Suite 400**
**Washington, D.C. 20036**

Defendant adopts and incorporates herein Defendant's Joint Expert Witness Designation of Mr. Sanders and attached report filed separately this date.

**2.** **Susan K. Patrick, M.B.A.**
**W. Lawrence Patrick, Ph.D., J.D.**
**Patrick Communications, LLC**
**10320 Little Patuxent Parkway, Suite 200**
**Columbia, MD 21044**

Defendant adopts and incorporates herein the Report prepared by Mr. and Ms. Patrick and served this date by Co-Defendant Garvey Schubert & Barer, P.C. This defendant reserves the right to offer testimony of these two experts at the time of any trial in this action.

**3. Jack N. Goodman, Esquire**
**1200 New Hampshire Avenue, N. W., Suite 600**
**Washington, D.C. 20036**

Mr. Goodman's written report, including his credentials and a list of all cases in which he has testified as an expert during the previous 4 years, is attached and incorporated herein by reference. This expert addressed the foreseeability, and lack thereof, of the claimed damages relating to The Spectrum Act of 2012 stated in the reports of Plaintiff's designated expert Stephan Sloan of Media Services Group. The opinions expressed by Mr. Goodman in his report are to a reasonable degree of legal certainty. Mr. Goodman reserves the right to supplement his opinions if he becomes aware of any new facts or evidence.

Defendant reserves the right to supplement this designation, and the substance thereof, based on additional information received through discovery.

Dated this 1st day of April, 2019.

Respectfully submitted,

JORDAN COYNE LLP

By: /s/ Carol T. Stone
Carol T. Stone (D.C. Bar No. 349779)
David B. Stratton (D.C. Bar No. 413358)
10509 Judicial Drive, Suite 200
Fairfax, Virginia 22030
(703) 246-0900 / (703) 591-3673 (fax)
c.stone@jocs-law.com
d.stratton@jocs-law.com

*Counsel for Defendant Henry A. Solomon*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April, 2019, a true copy of the foregoing Defendant Henry A. Solomon's Expert Witness Designation was served via email on:

W. James Mac Naughton, Esquire
7 Fredon Marsboro Road
Newton, New Jersey 07860
*Counsel for Plaintiff*

Arthur D. Burger, Esquire
JACKSON & CAMPBELL, P.C.
1120 Twentieth Street, N.W.
South Tower, Third Floor
Washington, D.C. 20036
*Counsel for Defendants Garvey Schubert & Barer and Melodie Virtue*

s/ Carol T. Stone
Carol T. Stone