UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE ATLANTA CHANNEL, INC.,         :
                                   :
    Plaintiff,                     :    Civil Action No.:   15-1823 (RC)
                                   :
v.                                 :
                                   :
HENRY A. SOLOMON,                  :
                                   :
    Defendant.                     :

## VERDICT FORM

(1) The parties to this action have stipulated that Plaintiff The Atlanta Channel, Inc. suffered harm as a result of Defendant Henry A. Solomon's legal malpractice when the FCC dismissed ACI's Statement of Eligibility on June 9, 2000, thereby precluding ACI from applying for a Class A license for the WTHC License. Do you find that The Atlanta Channel, Inc. has proven by a preponderance of the evidence that it also sustained any further harm(s)—in the form of harm to the value of the WTHC License and/or in the form of costs associated with remedying the FCC's dismissal of the Statement of Eligibility (such as attorney and lobbying fees)—for which harm(s) each of the following is true: (a) Defendant Henry A. Solomon's legal malpractice played a substantial and direct part in bringing about the harm, (b) the harm was a direct result or a reasonably probable consequence of Defendant Henry A. Solomon's legal malpractice, and (c) if any acts or omissions by a third party caused the harm, a reasonably prudent person in Defendant Henry A. Solomon's circumstances would have anticipated the third party's acts or omissions and protected against them?

    Yes   ✓           No _____



Court Exhibit

(2) Answer ONLY if your response to Question 1 is "NO": Do you find that the WTHC License did not qualify for Class A status for reasons separate from Defendant Henry A. Solomon's failure to complete the Statement of Eligibility?

Yes _____    No _____

(3) Do you find that the Spectrum Act of 2012 was a superseding cause of any of the harm(s), if any, to Plaintiff The Atlanta Channel, Inc., i.e. that the Spectrum Act was a cause of the harm(s) and a reasonably prudent person in Defendant Henry A. Solomon's circumstances would not have anticipated the Spectrum Act and protected against it?

Yes ___✓___    No _____

(4) Answer ONLY if your response to Question 1 is "YES": What sum of money, if any, do you find would fairly and reasonably compensate Plaintiff the Atlanta Channel, Inc. for any damages it suffered as a result of the harm(s) referred to in your response to Question 1?

$ __455,000.00__ (harm(s) to the value of the WTHC License)

$ ~~457,000.00~~ $45,053.40 (costs associated with remedying the FCC's dismissal of the Statement of Eligibility, such as attorney and lobbying fees)

Signature of Foreperson: [redacted]    Date: 2/14/22